CHARLES T. PRICE, Respondent, v. ARTHUR RANSOM, Individually and as Executor and Trustee, etc., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ETTA JACOBSON, Respondent, v. WILLIS P. MORIN and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

GENEVIEVE WARREN, by Guardian ad Litem, Respondent, v. JAMES P. WARREN, JR., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

THEODORE S. BANKS, Appellant, v. ADA F. AVERY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

VICTORIA BOROWIAK, an Infant, by Guardian ad Litem, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

WILLIAM H. DILL CO., INC., Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by August fifteenth.

LOUISE F. EGGLER and Another, Plaintiffs, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by August fifteenth.

WILLIAM G. KRAMER, Plaintiff, v. WILLIAM COMERFORD and Another, Defendants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers on appeal by August fifteenth.

KATHELYN KRAMER, etc., Plaintiff, v. WILLIAM COMERFORD and Another, Defendants.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by August fifteenth.

WILLIAM WALLACE RALYEA, Plaintiff, v. MYRON M. SANDERSON, Defendant.— Motion to dismiss appeal granted, unless the appellant shall file and serve printed briefs on appeal by September first.

MARGARET H. OLSEN, Plaintiff, v. SWITCHMEN'S UNION OF NORTH AMERICA, Defendant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs on appeal by August first.

MARY C. WARD, Administratrix, etc., Plaintiff, v. GENERAL ELECTRIC COMPANY, Defendant.— In case the similar cases now pending in the Court of Appeals are affirmed, the appellant is required to file and serve the printed papers on appeal by September fifth; otherwise, the motion is held until the September term.

JAMES L. LAFFERTY, etc., Plaintiff, v. GENERAL ELECTRIC COMPANY, Defendant.— In case the similar cases now pending in the Court of Appeals are affirmed, the appellant is required to file and serve the printed papers on appeal by September fifth; otherwise, the motion is held until the September term.

JOHN STRAKER, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by September first.

DAVID PLISS, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers on appeal by August fifteenth.

RUTH B. VIALL, Respondent, v. LELAND S. VIALL, Appellant.— Motion granted and appeal dismissed, with costs.

FRANK JEZERSKI, as Administratrix, etc., of HENRY JEZERAKI, Deceased, Appellant, v. ELLEN R. FITZGERALD and Another, Respondents.— Motion to dismiss appeal granted, with costs.